UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sixto Polanco,<br><br>                                        Plaintiff,<br><br>-against-<br><br>New Superior Radio Group, Corp. and Pablo Perez,<br><br>                                        Defendants. | 1:24-cv-05325 (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court is Plaintiff's motion for settlement approval. (Motion, ECF No. 26.) It is hereby Ordered that, no later than May 12, 2025, Plaintiff's counsel shall file a copy of her retainer agreement with Plaintiff.

SO ORDERED.

Dated:     New York, New York
           May 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge