UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SIXTO POLANCO,                                   24-cv-05325 (SDA)
                                                 **JUDGMENT**

               Plaintiff,

-against-

NEW SUPERIOR RADIO GROUP, CORP.
and PABLO PEREZ,

               Defendants.
------------------------------------------------------------X

      This Action having been commenced on July 15, 2024, by the filing of a Summons and Complaint, the above-captioned Parties having reached a settlement of all claims, Defendants NEW SUPERIOR RADIO GROUP, CORP. and PABLO PEREZ having respectively executed an Affidavit of Judgment by Confession, and the settlement having been breached by Defendants, it is hereby:

      **ORDERED, ADJUDGED AND DECREED:** That Plaintiff, SIXTO POLANCO, have judgment against Defendants, NEW SUPERIOR RADIO GROUP, CORP. and PABLO PEREZ, jointly and severally, in the amount of $150,000.00 with interest commencing on the date of this Judgment as executed below in accordance with 28 U.S.C. 1961 *et seq*.

Dated: New York, New York                    So-Ordered:
       June 18, 2025

                                                    Hon. Judge Stewart D. Aaron, U.S.M.J.